# First District Court of Appeal
## State of Florida

_____

No. 1D20-436

_____

Tobias Clevon Carroll,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

September 16, 2020

Per Curiam.

Affirmed.

Ray, C.J., and Bilbrey and Jay, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tobias Clevon Carroll, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.